1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  LEONARDO MARTINEZ-CERDA

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   NO. 1:10-cr-00184-01 AWI
                                        )
12 |           *Plaintiff,*             )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING ;
13 |      v.                            )   ORDER
                                        )
14 | LEONARDO MARTINEZ-CERDA,           )   Date:  September 12, 2011
                                        )   Time:  9:00 A.M.
15 |                                    )   Judge: Hon. Anthony W. Ishii
              *Defendant.*              )
16 | _____  )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the status conference hearing in the above-captioned matter now set for

20 August 29, 2011 **may be continued to September 12, 2011 at 9:00 A.M.**

21       This continuance is requested by counsel for defendant to allow additional time for defense

22 preparation and to allow the parties time for additional plea negotiation prior to hearing.  The requested

23 continuance will serve the ends of justice and result in economic use of time and resources and will

24 conserve time and resources for all parties and the court. Special Assistant United States Attorney Yashar

25 Nilchian has no objection to this request.

26 ///

27 ///

28

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: August 12, 2011          /s/ Yashar Nilchian
                                          YASHAR NILCHIAN
                                          Special Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: August 12, 2011          /s/ Melody M. Walcott
                                          MELODY M. WALCOTT
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          LEONARDO MARTINEZ-CERDA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   August 12, 2011

                                          CHIEF UNITED STATES DISTRICT JUDGE